IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FRANKLIN V. ZURZOLO,
    Plaintiff(s),

v.

09cv0535
**ELECTRONICALLY FILED**

GERALD L. ROZUM, THE ATTORNEY
GENERAL OF THE STATE OF
PENNSYLVANIA, THE DISTRICT
ATTORNEY OF THE COUNTY OF BUTLER,
    Defendant(s).

**ORDER OF COURT ADOPTING REPORT AND RECOMMENDATION RE: PETITION FOR WRIT OF HABEAS CORPUS (Doc. No. 1).**

On April 27, 2011, Magistrate Judge Francis X. Caiazza issued a Report and Recommendation re: Plaintiff's Petition for Writ of Habeas Corpus (Doc. No. 1) recommending that the Section 2254 habeas petition be denied and that a certificate of appeability likewise be denied. Doc. No. 27. Objections to the Report and Recommendation were due by May 16, 2011. *See* Doc. No. 27. No objections have been filed.

After *de novo* review of the pleading and the documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 18th day of May 2011, IT IS HEREBY ORDERED that Plaintiff's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**. The April 27, 2011, Report and Recommendation of Magistrate Judge Caiazza is adopted as the Opinion of the District Court.

The Clerk of Court shall mark this case **CLOSED**.

                                                  s/ Arthur J. Schwab
                                                  Arthur J. Schwab
                                                  United States District Judge

cc:    All Registered ECF Counsel and Parties

The Honorable Francis X. Caiazza, United States Magistrate Judge

Franklin V. Zurzolo PRO SE PLAINTIFF
S.C.I. at Somerset, FP-7362
1600 Walters Mill Road
Somerset, PA 15510